SCOTT H. ZWILLINGER (019645)
CLIFFORD L. FRISBIE (028624)
**GOLDMAN & ZWILLINGER PLLC**
7047 E. Greenway Parkway, Suite 150
Scottsdale, Arizona 85254
(480) 624-2783
(480) 383-6224 (Fax)
E-mail: docket@gzlawoffice.com
Attorneys for the Plaintiff

LUIS P. GUERRA (015768)
DAVID C. SHAPIRO (028056)
**LAW OFFICES OF LUIS P GUERRA LLC**
Luis P. Guerra, L.L.C.
6225 N. 24th Street, Suite 125
Phoenix, Arizona 85016
(602) 381-8400
(602) 381-8403 (Fax)
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID DOMINGUEZ MENDOZA, individually, | No. CV-13-00258-PHX-NVW |
| Plaintiff, | |
| v. | **MOTION TO CONDUCT MEDICAL EXAMINATION BY TREATING PHYSICIAN** |
| CITY OF PEORIA, a municipality, by and through its Police Department, an Agency of the City of Peoria; OFFICER AARON BREWER and JANE DOE BREWER; husband and wife; SERGEANT LUIS APONTE and JANE DOE APONTE; husband and wife, | (Assigned to the Honorable Neil Wake) |
| | (Settlement Conference Judge Anderson) |
| Defendants. | |

1

On September 17, 2013, the Court issued an Order referring all discovery issues related to the medical exam of Plaintiff by the treating physician to Judge Anderson for resolution prior to the scheduled close of discovery. Therefore, Plaintiff moves this Court for an Order to conduct a medical examination of Plaintiff David Dominguez Mendoza ("David") at the Sandra Day O'Connor United States Courthouse located at 401 West Washington Street, Phoenix, Arizona 85003 by David's treating physician, Lloyd Champagne, M.D. Dr. Champagne's examination of David is necessary to properly evaluate the current status of David's injury, and opine as to any permanent impairment rating.

Further, Plaintiff respectfully requests an Order directing the Arizona Department of Corrections to transport David Dominguez Mendoza (Inmate #277580) from Arizona State Prison Complex, South Marana, 12610 W. Silverbell Rd., Marana, Arizona 85653, to the Sandra Day O'Connor United States Courthouse located at 401 West Washington Street, Phoenix, Arizona 85003 at the date and time of Dr. Champagne's examination, a date to be determined, and that after said examination, be transported back to ASPC South Marana.

**DATED** this 17th day of September, 2013.

**GOLDMAN & ZWILLINGER PLLC**

By: /s/ Scott Zwillinger
Scott H. Zwillinger
Clifford Frisbie
7047 E. Greenway Parkway, Suite 150
Scottsdale, Arizona 85254
Attorneys for Plaintiff

**LAW OFFICES OF LUIS GUERRA, LLC**

By: /s/ Luis Guerra (w/permission)
Luis P. Guerra, Esq.
5500 N. 24th Street
Phoenix, Arizona 85016
Attorneys for Plaintiff

2

1 | **ORIGINAL** E-Filed and a
2 | **COPY** delivered via ECF/CM
  | this 17th day of September, 2013, to:
3 |
4 | Honorable Neil V. Wake
  | Honorable Lawrence O. Anderson
5 | United States District Court
6 |
  | **COPY** of the foregoing mailed
7 | this 17th day of September, 2013, to:
8 |
  | Michael Wawro, Esq.,
9 | Office of the City Attorney
  | City of Peoria
10 | 8401 West Monroe Street, Room 280
11 | Peoria, Arizona 85345
   | Attorneys for Defendant City of Peoria
12 |
13 |
   | /s/ Cristie Seaton
14 | CMS/00066